TRIAL COURT CASE NO. _____

|  |  |
|---|---|
| § | IN THE DISTRICT COURT |
| § | FILED IN |
| § | 15th COURT OF APPEALS |
| § | _____ COUNTY, TEXAS AUSTIN, TEXAS |
| § | 1/15/2025 4:48:07 PM |
| § | _____ JUDICIAL DISTRICT CHRISTOPHER A. PRINE |
|  | Clerk |

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____ By:_____(clerk's initials)

1/14/2025 2:49 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-001004
Susan Poodiack

Cause No. D-1-GN-23-001004

| | | |
|---|---|---|
| CITY OF GEORGETOWN, TEXAS, Plaintiff, | § § § | IN THE DISTRICT COURT OF |
| vs. | § § | |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, Defendant, | § § § § § | |
| and | § § | TRAVIS COUNTY, TEXAS |
| AIRW 2017-7, L.P., 600 WESTINGHOUSE INVESTMENTS, LLC, and 800 WESTINGHOUSE INVESTMENTS, LLC, and JONAH WATER SPECIAL UTILITY DISTRICT, Intervenor-Defendant | § § § § § § § § | 261ST JUDICIAL DISTRICT. |

## **JONAH WATER SPECIAL UTILITY DISTRICT'S NOTICE OF APPEAL**

NOW COMES, Jonah Water Special Utility District, Intervenor-Defendant in the above-referenced proceeding, and states its intent to appeal the Final Judgement entered in the above-referenced proceeding (Cause No. D-1-GN-23-001004 in the 261st Judicial District Court, Travis County, Texas), signed on December 2, 2024.

Pursuant to Texas Rule of Appellate Procedure 25 and Texas Government Code § 22.220(d), Jonah Water Special Utility District appeals to the Court of Appeals for the Fifteenth District of Texas and provides a true and correct copy of the Final Judgement as **Exhibit A** attached hereto.

Erin R. Selvera

John J. Carlton
State Bar No. 03817600
Kelli A. N. Carlton
State Bar No. 15091175

Erin R. Selvera
State Bar No. 24043385
THE CARLTON LAW FIRM, P.L.L.C.
4301 Westbank Drive, Suite B-130
Austin, Texas 78746
john@carltonlawaustin.com
kelli@carltonlawaustin.com
erin@carltonlawaustin.com
Telephone: (512) 614-0901
Facsimile: (512) 900-2855
ATTORNEYS FOR JONAH WATER SPECIAL
UTILITY DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that I have served or will serve a true and correct copy of the foregoing document on all parties of record on this 14th day of January 2025, as follows:

**FOR PLAINTIFF, CITY OF GEORGETOWN:**
William A. Faulk, III
Carlota Hopinks-Baul
Maris M. Chambers
Spencer Fane, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
cfaulk@spencerfane.com
chbaul@spencerfane.com
mchambers@spencerfane.com

Patricia Erlinger Carls
Law Offices of Patricia Erlinger Carls
3100 Glenview Ave.
Austin, Texas 78703-1443
tcarls@tcarlslaw.com

**FOR DEFENDANT TCEQ:**
Sara J. Ferris
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
sara.ferris@oag.texas.gov

**FOR INTERVENORS AIRW 2017-7, L.P., 600 WESTINGHOUSE INVESTMENTS, LLC AND 800 WESTINGHOUSE INVESTMENTS, LLC**
Andrew B. Davis
William T. Thompson
Todd Disher
Lehotsky Keller Cohn, LLP
408 W. 11th Street, 5th Floor
Austin, Texas 78701
andrew@lkcfirm.com
will@lkcfrim.com
todd@lkcfirm.com

Helen S. Gilbert
Yahaira De Lara
Barton Benson Jones, PLLC
7000 North MoPac Expressway
Suite 200
Austin, Texas 78731
hgilbert@bartonbensonjones.com
ydelara@bartonbensonjones.com

Edmond McCarthy
McCarthy & McCarthy, LLP
1122 Colorado St. Suite 2399
Austin, TX 78701
ed@ermlawfirm.com

Erin R. Selvera

# EXHIBIT A

## CAUSE NO. D-1-GN-23-001004

| | | |
|---|---|---|
| **CITY OF GEORGETOWN, TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **TRAVIS COUNTY, TEXAS** |
| **TEXAS COMMISSION ON** | § | |
| **ENVIRONMENTAL QUALITY,** | § | |
| | § | |
| **Defendant.** | § | **261ST JUDICIAL DISTRICT** |

## FINAL JUDGMENT REVERSING ORDER OF
## TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

This case is an appeal of a final agency order relating to the issuance by the Texas Commission on Environmental Quality ("TCEQ") to Intervenor AIRW 2017-7, L.P. ("AIRW") of a new Texas Pollutant Discharge Elimination System permit (the "Permit") to discharge up to 200,000 gallons per day of treated domestic wastewater from a proposed wastewater treatment facility within the extraterritorial jurisdiction of the plaintiff, City of Georgetown ("City" or "Plaintiff"). On October 31, 2024, this Court held a hearing on the merits of this cause. Having considered the Texas Administrative Procedure Act, pleadings, administrative record, briefing, and argument of counsel, the Court finds that the TCEQ's order under review in this case should be and is hereby **REVERSED AND REMANDED** to Defendant for further proceedings for the following reasons:

1. Defendant erred by determining that the Permit complies with Texas's regionalization policy.

2. Because Intervenor AIRW failed to seek a waiver from Plaintiff's city council, there is no way to know whether the city council would be willing to waive the annexation requirement. It is unreasonable to assume that City staff—who are bound by the city council—speak for the city council, which is not bound and has both the power to waive requirements and the ability to act under political

Copy from re:SearchTX

# EXHIBIT A

considerations. This means that Defendant should not have determined both that (1) Plaintiff denied Intervenor AIRW service; and (2) connection to Plaintiff's system would cost Intervenor AIRW $20 million.

IT IS ORDERED, ADJUDGED, AND DECREED that TCEQ's order is **REVERSED AND REMANDED TO THE TCEQ FOR FURTHER PROCEEDINGS CONSISTENT WITH THIS ORDER**.

This Judgment is final, disposes of all parties and claims, and is appealable.

~~SIGNED this __ of November, 2024.~~

Date: December 2, 2024

JUDGE PRESIDING
LAURIE EISERLOH
455th District Court

2

Copy from re:SearchTX

# EXHIBIT A

AGREED AS TO FORM:

William A. Faulk III
SPENCER FANE, LLP
cfaulk@spencerfane.com
**Counsel for Plaintiff, City of Georgetown**

Sara J. Ferris
Erin K. Snody
OFFICE OF THE ATTORNEY GENERAL
sara.ferris@oag.texas.gov
erin.snody@oag.texas.gov
**Counsel for Defendant Texas Commission on Environmental Quality**

Andrew B. Davis
LEH0TSKY KELLER COHN LLP
andrew@lkcfirm.com
Helen Gilbert
BARTON BENSON JONESPLLC
hgilbert@bartonbensonjones.com
Edmond McCarthy
MCCARTHY & MCCARTHY, LLP
ed@ermlawfirm.com
**Counsel for Intervenors**
**AIRW 2017-7, L.P., 600 Westinghouse Investments, LLC,**
**and 800 Westinghouse Investments, LLC**

John J. Carlton
THE CARLTON LAW FIRM, PLLC
john@carltonlawaustin.com
**Counsel for Intervenor Jonah Water Special Utility District**

3

Copy from re:SearchTX

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96209341
Filing Code Description: Notice of Appeal
Filing Description: JONAH WATER SPECIAL UTILITY DISTRICT'S NOTICE OF APPEAL
Status as of 1/14/2025 4:51 PM CST

Associated Case Party: JONAH SPECIAL UTILITY DISTRICT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kelli A. Carlton | 15091175 | kelli@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |
| Erin Selvera | 24043385 | erin@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |
| Michael Parsons | 24079109 | michael@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |
| Katy Hennings | | katy@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |
| Kelsey Daugherty | | kelsey@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |
| Grayson McDaniel | | grayson@carltonlawaustin.com | 1/14/2025 2:49:48 PM | ERROR |
| Ed McCarthy | | ed@carltonlawaustin.com | 1/14/2025 2:49:48 PM | ERROR |
| John Carlton | | john@carltonlawaustin.com | 1/14/2025 2:49:48 PM | SENT |

Associated Case Party: AIRW 2017-7, L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 1/14/2025 2:49:48 PM | SENT |
| Edmond RMccarthy Jr. | | ed@ermlawfirm.com | 1/14/2025 2:49:48 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 1/14/2025 2:49:48 PM | SENT |
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 1/14/2025 2:49:48 PM | SENT |
| Andrew Davis | | andrew@lehotskykeller.com | 1/14/2025 2:49:48 PM | SENT |
| Helen Gilbert | | hgilbert@bartonbensonjones.com | 1/14/2025 2:49:48 PM | SENT |
| Andrew Davis | | andrew@lehotskykeller.com | 1/14/2025 2:49:48 PM | SENT |
| Will Thompson | | will@lehotskykeller.com | 1/14/2025 2:49:48 PM | SENT |
| Michael C.Cotton | | michael@lehotskykeller.com | 1/14/2025 2:49:48 PM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96209341
Filing Code Description: Notice of Appeal
Filing Description: JONAH WATER SPECIAL UTILITY DISTRICT'S NOTICE OF APPEAL
Status as of 1/14/2025 4:51 PM CST

Associated Case Party: TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Snody | | erin.snody@oag.texas.gov | 1/14/2025 2:49:48 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 1/14/2025 2:49:48 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 1/14/2025 2:49:48 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 1/14/2025 2:49:48 PM | SENT |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 1/14/2025 2:49:48 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Loretta Howard | | loretta@lkcfirm.com | 1/14/2025 2:49:48 PM | SENT |

Associated Case Party: CITY OF GEORGETOWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Faulk | | cfaulk@spencerfane.com | 1/14/2025 2:49:48 PM | SENT |
| Carlota Hopinks-Baul | | chbaul@spencerfane.com | 1/14/2025 2:49:48 PM | SENT |
| Maris Chambers | | mchambers@spencerfane.com | 1/14/2025 2:49:48 PM | SENT |
| Patricia Erlinger Carls | | tcarls@tcarlslaw.com | 1/14/2025 2:49:48 PM | SENT |
| Hanna Campbell | | hcampbell@spencerfane.com | 1/14/2025 2:49:48 PM | SENT |
| Cody Faulk | | cfaulk@spencerfane.com | 1/14/2025 2:49:48 PM | SENT |
| Skye Masson | | skye.masson@georgetown.org | 1/14/2025 2:49:48 PM | SENT |

Associated Case Party: 600 WESTINGHOUSE INVESTMENTS, LLC

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96209341
Filing Code Description: Notice of Appeal
Filing Description: JONAH WATER SPECIAL UTILITY DISTRICT'S NOTICE OF APPEAL
Status as of 1/14/2025 4:51 PM CST

Associated Case Party: 600 WESTINGHOUSE INVESTMENTS, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Davis | | andrew@lehotskykeller.com | 1/14/2025 2:49:48 PM | SENT |

Associated Case Party: 800 WESTINGHOUSE INVESTMENTS, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Davis | | andrew@lehotskykeller.com | 1/14/2025 2:49:48 PM | SENT |

Associated Case Party: TCEQ OFFICE OF THE PUBLIC INTEREST COUNSEL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 1/14/2025 2:49:48 PM | SENT |